IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cr-00346-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| LLOAMES FABRE-SOLER, | ) |
| Defendant. | ) |

This matter comes before the court on Defendant's financial affidavit supporting his request for court-appointed counsel [DE 20]. Defendant has demonstrated eligibility for appointment of counsel at the government's expense. The Federal Public Defender is ORDERED to provide representation to the Defendant in this action.

It is FURTHER ORDERED that, as Defendant is unable to pay the fees of any witness, pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk of the Court shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any such subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rule of Criminal Procedure 17(b).

SO ORDERED this 17th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE